Duncan *v.* Western Union Mining Co.

## City Court.

*Special Term—May*, 1887.

### HOWELL *against* VEITH et al.

Defendants appearing by different attorneys and interposing separate answers are not entitled to separate bills of costs, if the attorneys so appearing are partners, or if one is the clerk of the other.

---

## City Court.

*Special Term—May*, 1887.

### WILLIAM H. DUNCAN *against* THE WESTERN UNION MINING CO.

A mining corporation whose capital is fixed at $1,000,000, of which $999,975 is represented in Colorado property necessary for its

operation, and whose working cash capital is but $25, is *prima facie* a fraud, and not entitled to favor in any court of justice.

Motion to open judgment recovered against the corporation by default.

McADAM, Ch. J.—The judgment herein was recovered May 12, 1886, for $2,017.12, and has proved unproductive. The defendant's capital was fixed at $1,000,000, divided into shares of $5 each, of which $999,975 was represented in Colorado property, said to be "necessary to its operations," and the working capital was $25. Such a corporation is *prima facie* a fraud, and should not be favored in a court of justice. The judgment was recovered six months ago, and should not be opened as matter of favor, except upon giving a bond with two sureties, conditioned to pay any judgment which the plaintiff may ultimately recover. If this bond is approved of within five days, the judgment will be opened without costs. To impose costs (even if they were but $25) would be to divert the entire cash capital of the defendant to the defense of this action. If these terms are not complied with, the motion will be denied.